# IN THE SUPREME COURT, STATE OF WYOMING

## 2015 WY 102

*April Term, A.D. 2015*

**August 5, 2015**

| | |
|---|---|
| BOARD OF PROFESSIONAL RESPONSIBILITY, WYOMING STATE BAR, <br><br> Petitioner, <br><br> v. <br><br> DAVID B. HOOPER, WSB #4-1190, <br><br> Respondent. | D-15-0004 |

## ORDER OF IMMEDIATE SUSPENSION

[¶1]    **Pursuant to** Rule 17 of the Wyoming Rules of Disciplinary Procedure, Bar Counsel for the Wyoming State Bar filed, on July 15, 2015, a "Petition for Immediate Suspension of Attorney." The Court, after a careful review of the petition, the "Affidavit of Bar Counsel in Support of Petition for Immediate Suspension of Attorney," the errata thereto, "Bar Counsel's Supplement to Petition for Immediate Suspension of Attorney," the "Supplemental Affidavit of Bar Counsel in Support of Petition for Immediate Suspension of Attorney," the "Response to Petition to Suspend," and the file, concludes that the petition for immediate suspension should be granted and that Respondent should be suspended from the practice of law pending resolution of the formal charge that has been, or will be, filed against him. *See* Rule 17(b)(4) ("Within fifteen (15) days of the entry of an order of immediate suspension, Bar Counsel shall file a formal charge."). It is, therefore,

[¶2]    **ADJUDGED AND ORDERED** that, effective immediately, Respondent David B. Hooper, shall be, and hereby is, suspended from the practice of law, pending final resolution of the formal charge that has been, or will be, filed against him; and it is further

[¶3]   **ORDERED** that, during the period of suspension, Respondent shall comply with the requirements of the Wyoming Rules of Disciplinary Procedure, particularly the requirements found in Rule 21; and it is further

[¶4]   **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this Order of Immediate Suspension shall be published in the Pacific Reporter; and it is further

[¶5]   **ORDERED** that the Clerk of this Court shall transmit a copy of this Order of Immediate Suspension to the Respondent, Bar Counsel, members of the Board of Professional Responsibility, and the clerks of the appropriate courts of the State of Wyoming.

[¶6]   **DATED** this 5th day of August, 2015.

**BY THE COURT:***

/s/

**E. JAMES BURKE**
**Chief Justice**

**\***Justice Hill and Justice Kautz took no part in the consideration of this matter.